UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE MCDONAGH, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>HARRAH'S LAS VEGAS, INC., et al.,<br><br>　　　　Defendant(s). | 2:13-CV-1744 JCM (CWH) |

**ORDER**

Presently before the court is a motion to dismiss filed by defendants Harrah's Entertainment, LLC and Harrah's Las Vegas, Inc. (Doc. # 16).

This motion requests the dismissal of plaintiff's original complaint. However, after this motion was filed, plaintiff filed an amended complaint. (Doc. # 20).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013).

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to
3   dismiss the original complaint (doc. # 16) be, and the same hereby is, DENIED as moot.

4   DATED June 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -