UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE MCDONAGH and DAVID GRUCELLO, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, INC., HARRAH'S ENTERTAINMENT, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 13-cv-01744 ~~RFB~~ CWH<br><br>Hon. Carl W. Hoffman<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

On September 6, 2016, this Court considered the Joint Motion for Preliminary Approval of Class Action Settlement.

Having considered the motion and all supporting legal authorities and documents the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Court hereby preliminarily approves settlement of this action upon the terms and conditions set forth in the Agreement. The Court preliminarily finds that the gross settlement amount of $850,000 falls within the range of reasonableness necessary for preliminary approval and that this amount is fair, adequate, and reasonable as to all potential members of the settlement class when balanced against the probable outcome of further litigation, and ultimately relating to liability and damages issues.

2. The Court conditionally certifies the following class solely for purposes of settlement: all current and former hourly paid dealers employed by Harrah's Las Vegas at any time from September 23, 2007 through June 30, 2010 and all current and former dual-rate supervisors employed by Harrah's Las Vegas at any time from September 23, 2007 through June 30, 2014.

3. Named plaintiffs Nicole McDonagh and David Grucello are appointed as class representatives and the Court preliminarily approves enhancement payments for the following amounts: $15,000 each for Nicole McDonagh and David Grucello and $5,000 to plaintiff Kimberley Daprizio.

4. The Court appoints Thierman Buck LLP and The Markham Law Firm as class counsel and preliminarily approves their attorney's fee request of $212,500 and litigation costs not to exceed $50,000.

5. The Court confirms CPT Group, Inc. as the settlement administrator and approves the notice and claim procedures set forth in the Agreement.

6. The Court approves, as to form and content, the Notice to the Class of Proposed Settlement and the Claim Form, attached to the Settlement Agreement as exhibits 1 and 2, subject to the revisions to the class notice made by the parties pursuant to the Court September 6, 2016 minute order (Dkt. No. 94).

7. The Court directs defendants to provide to CPT a database report showing the names, last known addresses, and social security numbers of each settlement class member no later than 15 calendar days after entry of this Order preliminarily approving

settlement. CPT will send to each settlement class member the Notice of the Proposed Settlement and Claim Form by first class mail, no later than 30 days from the date the Court signs this Order granting preliminary approval of settlement. Class counsel will receive the aforementioned database report without the social security numbers of the settlement class members upon the close of the claims process.

8. Class Counsel to file its motion for attorneys' fees, costs, and class representative enhancement awards on November 21, 2016.

9. All papers filed in support of final approval of the settlement, and response to any objections, will be filed no later than November 28, 2016.

10. A final approval hearing will be held in Courtroom 3C on December 13, 2016 at 9:30 a.m. to determine (1) whether the proposed settlement is fair, reasonable, and adequate and should be finally approved; (2) the amount of attorney's fees and litigation costs to award to class counsel; (3) the amount to be paid to CPT; and (4) the amount of the service payments for the class representatives.

**IT IS SO ORDERED.**

Dated: September 14, 2016

_____
CARL W. HOFFMAN
United States Magistrate Judge