1  Mark R. Thierman, Nev. Bar No. 8285
2  Joshua D. Buck, Nev. Bar No. 12187
   THIERMAN BUCK LLP
3  7287 Lakeside Drive
4  Reno, Nevada 89511
   Tel. (775) 284-1500
5

6  David R. Markham (*pro hac vice*)
   dmarkham@markham-law.com
7  THE MARKHAM LAW FIRM
8  750 B Street, Suite 1950
   San Diego, California 92101
9  Tel.: (619) 399-3995
10 Fax: (619) 615-2067

11 Attorneys for plaintiffs and class

12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE MCDONAGH and DAVID GRUCELLO, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, INC., HARRAH'S ENTERTAINMENT, LLC; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 2:13-cv-01744-CWH<br><br>CLASS ACTION<br><br>JOINT STIPULATION TO RESCHEDULE HEARING ON JOINT MOTION FOR FINAL APPROVAL AND PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' SERVICE ENHANCEMENTS<br><br>(First Request)<br><br>Date:      December 13, 2016<br>Time:     9:30 a.m.<br>Judge: Hon. Carl W. Hoffman<br>Courtroom: 3C<br><br>Trial Date:  None Set |

Joint Stipulation to Reschedule Hearing on Joint Motion for Final Approval and Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and Plaintiffs' Service Enhancements

Plaintiffs, by and through their counsel of record, Thierman Buck, LLP, and defendants, by and through their counsel of record, Littler Mendelson and Akin Gump Strauss Hauer & Feld, LLP, submit the below stipulation to respectfully request that the hearing for the Joint Motion for Final Approval and Plaintiff's Motion for Approval of Attorneys' Fees and Costs (ECF Nos. 98 and 100) be rescheduled from December 13, 2016 at 9:30 a.m. to December 13, 2016 at 10:30 a.m. This request is made by plaintiffs' counsel because attorney Joshua Buck is scheduled to appear in the Eighth Judicial District Court on another matter at 9:00 a.m. on the morning of December 13, 2016.

Both counsel for plaintiffs and counsel for defendants do not anticipate this hearing will last more than 30 minutes.

This is the first request to reschedule this hearing.

Dated: December 5, 2016.

| THIERMAN BUCK, LLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/Joshua D. Buck | /s/Wendy M. Krincek |
| Mark R. Thierman, SBN # 8285 | Wendy M. Krincek, SBN # 6417 |
| Joshua D. Buck, SBN #12187 | 3960 Howard Hughes Parkway, |
| Leah L. Jones, SBN #13161 | Suite 300 |
| 7287 Lakeside Drive | Las Vegas, NV 89169-5937 |
| Reno, NV 89509 | Attorneys for defendants |
| Attorneys for plaintiffs | |

IT IS SO ORDERED.

DATED: December 7, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

- 2 -
Joint Stipulation to Reschedule Hearing on Joint Motion for Final Approval and Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and Plaintiffs' Service Enhancements

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com